**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ARTHUR NEWMAN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>SPARK THERAPEUTICS, INC., STEVEN ALTSCHULER, M.D., LARS EKMAN, M.D., PH.D., KATHERINE HIGH, M.D., JEFFREY D. MARAZZO, ANAND MEHRA, M.D., VIN MILANO, ROBERT J. PEREZ, ELLIOT SIGAL, M.D., PH.D., and LOTA ZOTH,<br><br>    Defendants. | Case No. 1:19-cv-00528-CFC |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Arthur Newman ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to all others similarly situated. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.

Dated: October 31, 2019

                    Respectfully submitted,

                    **FARUQI & FARUQI, LLP**

                    By: */s/ Michael Van Gorder*
**OF COUNSEL:**          Michael Van Gorder (#6214)
                    3828 Kennett Pike, Suite 201
**FARUQI & FARUQI, LLP**     Wilmington, DE 19807
Nadeem Faruqi          Tel.: (302) 482-3182

- 2 -

James M. Wilson, Jr.
685 Third Avenue, 26th Floor
New York, NY 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331
Email: nfaruqi@faruqilaw.com
       jwilson@faruqilaw.com

*Counsel for Plaintiff*

Email: mvangorder@faruqilaw.com

*Counsel for Plaintiff*